In the Matter of JOHNNIE LEE BOYD, JR., Appellant, v WESTCHESTER COUNTY DEPARTMENT OF SOCIAL SERVICES, Re-

spondent. [50 NYS3d 886]—Appeal by the maternal uncle from an order of the Family Court, Westchester County (Maria-Alana Recine, Ct. Atty. Ref.), entered March 15, 2016. The order dismissed, without a hearing, his petition for custody or visitation with the subject child.

Ordered that the order is affirmed, without costs or disbursements.

In an order entered October 28, 2015, the Family Court (Kathie E. Davidson, J.) terminated the mother's parental rights pursuant to Social Services Law § 384-b and freed the subject child for adoption. On or about December 3, 2015, the child's maternal uncle (hereinafter the appellant) commenced this proceeding pursuant to Family Court Act article 6, seeking custody or visitation with the child. The court dismissed the petition without a hearing.

The Family Court properly dismissed the appellant's petition for custody without a hearing, as the appellant's recourse was to seek adoption, and not mere custody, of the subject child (see Matter of McHarris v Administration for Children's Servs., 53 AD3d 660, 660 [2008]; Matter of Snypes v Administration for Children's Servs., 308 AD2d 593, 593 [2003]; Matter of Patience B. v Administration for Children's Servs., 306 AD2d 473, 473 [2003]; Social Services Law § 384-b [11]). Contrary to the appellant's contention, the court also properly dismissed his request for visitation without a hearing (see Matter of McHarris v Administration for Children's Servs., 53 AD3d at 660; Matter of Katrina E., 223 AD2d 363, 363 [1996]).

The appellant's remaining contentions are without merit. Rivera, J.P., Austin, Miller and Barros, JJ., concur.